UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS J. PRICE,

                Plaintiff,

      -against-

YESCARE,

                Defendant.

25cv3244 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 27, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 28, 2025
          New York, New York

                         /s/ Laura Taylor Swain
                         LAURA TAYLOR SWAIN
                      Chief United States District Judge